IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CHARLES DWIGHT HOOPS,     *
#273 948
    Plaintiff,     *

    v.     *     2:10-CV-1023-ID
           (WO)
CORRECTIONAL MEDICAL     *
SERVICES, *et al.*,
    *
    Defendants.

_____

**<u>ORDER</u>**

On April 5, 2011, the Magistrate Judge issued a Recommendation (Doc. 12) to which no timely objections were made.  Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation (Doc. 12) is ADOPTED;

2. The motion to dismiss filed by Defendants (Doc. 8) be GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy available to him at the Kilby Correctional Facility.

3. This case be DISMISSED without prejudice pursuant to the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust an administrative remedy available to him at the Kilby Correctional Facility.

DONE this 26th day of April, 2011.

                        /s/ Ira DeMent
                        SENIOR UNITED STATES DISTRICT JUDGE