IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CHARLES DWIGHT HOOPS,     *
#273 948
    Plaintiff,     *

v.     *     2:10-CV-1023-ID
    (WO)

CORRECTIONAL MEDICAL     *
SERVICES, *et al.*,
    *
    Defendants.

_____

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that this case is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this  26th   day of April, 2011.

    /s/ Ira DeMent
    SENIOR UNITED STATES DISTRICT JUDGE